SKC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Alberto Sandoval Chavez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-02894-PHX-DJH (DMF)

**ORDER**

Petitioner Alberto Sandoval Chavez filed this action through counsel under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner is a citizen of Guatemala who entered the United States on or about January 2003 and has continuously resided in the United States for the past 23 years. (*Id.* ¶ 16.) On or about October 25, 2025, Petitioner was arrested during a traffic stop, and DHS took him into custody and placed him in removal proceedings. (*Id.* ¶ 22.) On or about January 2, 2026, an Immigration Judge granted Petitioner voluntary departure, but on January 21, 2026, DHS appealed to the Board of Immigration Appeals. (*Id.* ¶¶ 19, 20.)

Petitioner has now been detained at the Eloy Detention Center for more than six months, and the government's appeal remains pending with no briefing schedule set and no indication that Petitioner's removal will occur within any foreseeable period. (*Id.* ¶ 2.) Petitioner brings substantive and procedural due process claims. As relief, he requests immediate release from civil immigration custody, subject to reasonable conditions of supervision.

The Court will require a response to the Petition.  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.  The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(3)    Respondents must file a response no later than **June 5, 2026**.

(4)    Petitioner may file a reply no later than **June 7, 2026**.

Dated this 29th day of May, 2026.

Honorable Diane J. Humetewa
United States District Judge